ACCEPTED
04-15-00125-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/3/2015 10:56:52 AM
KEITH HOTTLE
CLERK

## NO. 04-15-000125-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **FOURTH COURT** |
| | § | |
| **HECTOR** | § | **OF APPEALS** |
| **RAMIREZ-GUTIERREZ** | § | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/03/15 10:56:52 AM
KEITH E. HOTTLE
Clerk

## MOTION TO DISMISS APPEAL

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Hector Ramirez-Gutierrez, Appellant in the above styled and numbered case, before the decision in this Court has been delivered, and respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.

Appellant is currently out of the country, having been deported as a result of his criminal conviction. Late last week, Appellant's counsel spoke with Appellant, and after weighing his options, Appellant made the decision to withdraw his appeal. Appellant's counsel brings this motion on Appellant's behalf. However, Appellant's counsel was unable to secure Appellant's signature in time for the filing of this motion. Appellant would respectfully request, that he be granted fourteen (14) days to provide a subsequent motion with Appellant's signature. In the alternative, Appellant requests the court accept this motion as is, and dismiss his appeal.

Respectfully submitted,

DMCA, LLP
800 Dolorosa Suite100
San Antonio, TX 78207
Tel: (210) 354-1844
Fax: (210) 590-1845

By: _____

Robert A. Jimenez
State Bar No. 24059125
robert@dmcausa.com
Attorney for Hector Ramirez-Gutierrez

_____
Hector Ramirez-Gutierrez
Appellant

## CERTIFICATE OF SERVICE

This is to certify that on August 10, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Bexar County, by fax.

_____
Robert A. Jimenez

por el H. Tribunal Superior de Justicia del Estado de Hidalgo Reg. No. P-120298-085

Estado de Hidalgo Reg. No. P-120298-085

STATE OF TEXAS           §
                         §
COUNTY OF BEXAR          §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared

Hector Ramirez-Gutierrez, who after being duly sworn stated:

"I am the appellant in the above-entitled and numbered cause. I have

read the foregoing Motion to Dismiss Appeal and swear that all of the

allegations of fact contained therein are true and correct."

Hector Ramirez-Gutierrez
Appellant

**SUBSCRIBED  AND  SWORN  TO  BEFORE  ME**  on

_____, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

Estado de Hidalgo Reg. No. P-120298-085

Estado de Hidalgo Reg. No. P-120298-085

**STATE OF TEXAS** §
§
**COUNTY OF BEXAR** §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Robert A. Jimenez, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Dismiss Appeal and swear that all of the allegations of fact contained therein are true and correct."

_____
Robert A. Jimenez
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on August 10, _____, 2015, to certify which witness my hand and seal of office.



ELVIRA ARRIAZA
Notary Public, State of Texas
My Commission Expires
July 15, 2019

_____
Notary Public, State of Texas